**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **ANITA TATUM,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:07-cv-609-ID** |
| | ) | |
| **NANCY WORLEY, in her individual** | ) | |
| **capacity and BETH CHAPMAN in** | ) | |
| **her Official Capacity as Alabama** | ) | |
| **Secretary of State and in her** | ) | |
| **individual capacity,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**CONFLICT DISCLOSURE STATEMENT**
_____

COME NOW, **Nancy Worley** and **Beth Chapman** in the above-captioned matter and, in accordance with the order of the Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Parties |
|---|---|
| None | N/A |

Respectfully submitted,


s/ Patrick L. W. Sefton
John M. Bolton, III
Bar Number: ASB-0999-N68J
Patrick L. W. Sefton
Bar Number:  ASB-8341-N47P
Charlanna W. Spencer
Bar Number:  ASB-6860-R62C
Attorneys for Defendants
Sasser, Bolton & Sefton, P.C.
P. O. Box 242127
Montgomery, AL 36124-2127
Telephone: (334) 532.3400
Fax:  (334) 532.3434
Email:   jbolton@sasserlawfirm.com
        psefton@sasserlawfirm.com
        cspencer@sasserlawfirm.com


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **CONFLICT DISCLOSURE STATEMENT** has e-filed using the CM/ECF system and served upon the following via United States Postal Service, with proper postage prepaid, on this the 10th day of July 2007:

Norbert H. Williams, Esq.
Alabama State Employees Association
110 N. Jackson Street
Montgomery, AL 36104


s/ Patrick L. W. Sefton
Patrick L. W. Sefton
Sasser, Bolton & Sefton, P.C.
P. O. Box 242127
Montgomery, AL 36124-2127
Telephone: (334) 532.3400
Fax:  (334) 532.3434
Email: psefton@sasserlawfirm.com
Bar Number: ASB-8341-N47P