IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 JUL 27 P 4: 53

| | |
|---|---|
| ANITA TATUM,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY WORLEY, in her Individual Capacity and BETH CHAPMAN in her Official Capacity as Alabama Secretary of State and in her Individual Capacity,<br><br>    Defendant, | )<br>)<br>)<br>)<br>)<br>)   CASE NO. 2:07-cv-609-ID<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Anita Tatum, Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| None | N/A |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed with the United States District Court for the Middle District of Alabama, Northern Division, and served upon the following by placing a copy of the same in the United Stated Mail, with proper postage prepaid, on this 27th day of July 2007:

The Honorable John M. Bolton, III
The Honorable Patrick L. W. Sefton
The Honorable Charlanna W. Spencer
Sasser, Bolton & Sefton, P.C.
Post Office Box 242127
Montgomery, AL 36124-2127

_____
Norbert H. Williams
Bar Number: ASB-8391-L68N

**ADDRESS OF COUNSEL**:

Alabama State Employees Association
110 North Jackson Street
Montgomery, AL 36104
Office Telephone Number: (334) 834-6965
Facsimile Number: (334) 832-1074
Email: norbert_williams@asea.org

3

Respectfully submitted this the 27th day of June 2007.

*[signature]*

Norbert H. Williams
Bar Number: ASB-8391-L68N
Attorney for Plaintiff
Alabama State Employees Association
110 North Jackson Street
Montgomery, Alabama 36104
Telephone: (334) 834-6965
Fax: (334) 832-1074
Email: norbert_williams@asea.org