IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANITA TATUM, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 2:07cv609-ID |
| NANCY WORLEY, in her individual capacity, et al., | ) ) |
| | ) |
|     Defendants. | ) |

**ORDER**

Upon CONSIDERATION of Plaintiff's motion to remand and motion for leave to amend complaint (Doc. Nos. 5-6), it is ORDERED that Defendants show cause, if any there be, on or before August 24, 2007, why said motions should not be granted.

DONE this 16th day of August, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE